

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00560-CV

Jermar **FLUCKERS**,
Appellant

v.

**SILVER RIDGE APARTMENTS**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2015CV03295
Honorable Jason Wolff, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 25, 2015.

_____
Karen Angelini, Justice